**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**SARAH SEALS** **PLAINTIFF**

**V.** **NO: 2:05CV00096**

**MID DELTA COMMUNITY SERVICE, INC., et. al.** **DEFENDANTS**

**ORDER**

Pending is Defendant's motion to dismiss. (Docket # 2). Plaintiff has responded by stating that she does not object to the dismissal of her causes of action alleging claims pursuant to the First Amendment, Fourteenth Amendment or the Arkansas Civil Rights Act based on age discrimination. Accordingly, Defendant's motion to dismiss is granted. Plaintiff's claims pursuant to the First Amendment, Fourteenth Amendment and Arkansas Civil Rights Act, based on age discrimination, are hereby dismissed.

IT IS SO ORDERED this 19th day of September, 2005.

James M. Moody
United States District Judge